UNITED STATES COURT OF INTERNATIONAL TRADE


```
------------------------------x
DURFEY, et. al                :
                              :
          Plaintiffs,     :
                              :    Before: Pogue, Judge
       v.                     :    Court No. 06-00316
                              :
                              :
UNITED STATES SEC'Y           :
OF AGRICULTURE,               :
                              :
          Defendant.      :
------------------------------x
```

[Defendant's motion for Judgment on the Agency record granted.]

Dated: June 5, 2007.

Akin Gump Strauss Hauer & Feld LLP (Spencer Stewart Griffith, Bernd G. Janzen, Bryce V. Bittner) for the Plaintiffs Ted Durfey, Pam Durfey.

Peter D. Keisler, Assistant Attorney General; Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice (Delisa M. Sanchez); Jeffrey Kahn, Attorney, Office of the General Counsel, Department of Agriculture (of Counsel) for Defendant United States Secretary of Agriculture.

**OPINION AND ORDER**

**Pogue, Judge:** Plaintiffs, Ted and Pam Durfey, initiated this action on September 22, 2006, by filing a complaint seeking review of the United States Department of Agriculture's ("USDA") denial of Plaintiffs' application for Trade Adjustment Assistance ("TAA"). Defendant, the USDA, responded by filing a USCIT R. 12(b)(1) motion, seeking to dismiss the case for lack of subject matter jurisdiction, claiming that a final determination had yet to be

issued by the USDA regarding the denial (or approval) of benefits.
The USDA subsequently did issue a final determination denying the
Durfeys' application, at which point Defendant filed a USCIT R.
12(b)(5) motion, requesting that the action be dismissed due to
Plaintiffs' failure to state a claim upon which relief could be
granted.

The court determined that the issues raised by Defendant's
USCIT R. 12(b)(5) motion would require it to examine matters
outside the pleadings; therefore, and pursuant to the court's
authority under USCIT R. 12(b), on February 7, 2007, the court
converted Defendant's motion to a USCIT R. 56.1 motion for judgment
upon the agency record, and invited the parties to file briefs or
comments by March 7, 2007.  Defendant, on March 7, 2007, submitted
a subsequent USCIT R. 56.1 motion for judgment on the agency
record.  The court has awaited Plaintiffs' response to either its
letter of February 7, 2007 or to Defendant's motion of March 7,
2007.  On May 10, 2007, Plaintiffs, who hitherto had been
proceeding pro se, obtained counsel who filed an appearance in this
case.

As of today's date, Plaintiffs have not filed any response to
the Defendant's USCIT R. 56.1 motion.  Therefore, the court will
treat the Defendant's motion as uncontested.  Accordingly, the
court affirms the determination of the USDA denying Mr. and Mrs.
Durfey's TAA applications, and will enter judgment for the

Defendant.


        SO ORDERED.

Dated: June 5, 2007
       New York, N.Y.


                                        _____/s/_____
                                        Donald C. Pogue, Judge

SLIP OP. 07-89
UNITED STATES COURT OF INTERNATIONAL TRADE

```
---------------------------------x
DURFEY, et. al                   :
                                 :
            Plaintiff,           :
                                 :   Before: Pogue, Judge
        v.                       :   Court No. 06-00316
                                 :
                                 :
UNITED STATES SEC'Y              :
OF AGRICULTURE,                  :
                                 :
            Defendant.           :
---------------------------------x
```

## **Judgment**

This action has been duly submitted for decision, and this Court, after due deliberation, has rendered a decision herein; now, in conformity with that decision, it is hereby

ORDERED that the United States Department of Agriculture's motion for Judgment on the Agency Record is granted; and it is further

ORDERED that this action is dismissed.

_____/s/_____
Donald C. Pogue
Judge

Dated:    June 5, 2007
          New York, New York